IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AUTHER W. CALLICUT, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:03-CV-1525-M |
| v. | § | |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |
| _____ | § | |

**ORDER ACCEPTING FINDINGS**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the

Order of the United States Magistrate Judge, dated October 10, 2008, denying the Petitioner's

"Motion to Have the Court's Order Reflect the Veracity of Facts Supported by the Records," the

Court finds that the Order of the Magistrate Judge is correct and it is accepted as the Findings and

Conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings in the Order of the United States

Magistrate Judge, dated October 10, 2008, are accepted.

**SO ORDERED** this 2nd day of December, 2008.


BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS